U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 26 2016

TONY R. MOORE, CLERK
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | |
|---|---|
| SHEDRICK J. BRUMFIELD<br>LA. DOC #395469<br>VS. | CIVIL ACTION NO. 5:15-cv-1973<br><br>SECTION P<br><br>JUDGE ELIZABETH E. FOOTE |
| JERRY GOODWIN, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the complaint be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this 25th day of January, 2016.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE